IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DALTON LIEBLONG**                                                                                 **PLAINTIFF**

**V.**                          **NO:4:08CV00166**

**PFIZER CORPORATION**                                             **DEFENDANT**

### ORDER

After consideration of the motion to admit counsel Gregory L. Smith, Jr. and David L. Gordon *pro hac vice*, and it appearing to the Court that Messrs. Smith and Gordon meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #10, should be, and hereby is, GRANTED.

SIGNED this 4th day of April, 2008.

_____
James M. Moody
United States District Judge