IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DALTON LIEBLONG                                                                                          PLAINTIFF

Vs                                        CASE NO. 4:08CV00166 BSM

PFIZER CORPORATION                                                                            DEFENDANT

## ORDER OF DISMISSAL

Upon the representations of the parties, the court finds that this case has been resolved and should be dismissed.

IT IS THEREFORE ORDERED that the above captioned case is dismissed with prejudice.

The court retains jurisdiction for sixty days to take appropriate action in the event that settlement is not completed and further litigation is necessary. If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within 60 days of the date of this order.

IT IS SO ORDERED this 8th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE